# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**MICHAEL SHAWN O'NEILL,**<br><br>Defendant. | CR 24-76-GF-BMM<br><br><br>**PRELIMINARY ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Unopposed Motion for Preliminary Order of Forfeiture. Defendant Michael Shawn O'Neill appeared before the Court on December 10, 2024, and entered a plea of guilty to the Indictment. Michael Shawn O'Neill's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 21 U.S.C. §§ 853(a) and § 881(a)(11).

IT IS ORDERED:

THAT Michael Shawn O'Neill's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853(a) and § 881(a)(11):

- $3,014.00 US Currency.

1

THAT the Bureau of Alcohol, Tobacco, Firearms and Explosives, or its designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. §§ 853(a) and § 881(a)(11), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 26th day of February 2025.

_____
Brian Morris, Chief District Judge
United States District Courts